**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MAURICE WATTS,

                         Plaintiff,                        25 **CIVIL** 8642 (JPO)

        -against-                           **JUDGMENT**

AMAZON STUDIOS, LLC, et al.

                       Defendants.
-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 9, 2026, Defendants' motion to dismiss Watts's complaint is GRANTED as to Watts's federal Lanham Act claims, and those claims are dismissed with prejudice. Watts's state law claims are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

      June 11, 2026

                                 **TAMMI M. HELLWIG**
                              _____
                                 **Clerk of Court**

              **BY:**         _____
                                 **Deputy Clerk**